# [~~PROPOSED~~] ORDER

IT IS HEREBY ORDERED that the Case Management Conference presently set for 4 p.m. on February 22, 2010, in Courtroom G of the above-entitled court is continued to ~~___ on _____, 2010, in Courtroom G.~~
Monday, April 26, 2010 at 4:00 p.m. in Courtroom G, 15th Flr.  Case management statements are due seven (7) days prior to the conference.

Dated: February 19, 2010

_____
HON. BERNARD ZIMMERMAN
UNITED STATES MAGISTRATE JUDGE