# [PROPOSED] ORDER

IT IS HEREBY ORDERED that Raymond E. Brown, counsel for plaintiff THE TRAVELERS INDEMNITY COMPANY OF CONNECTICUT, may appear telephonically at plaintiff's Motion for Default Judgment hearing set for 10 a.m. on May 5, 2010, in Courtroom G of the United States District Court – Northern District of California, located at 450 Golden Gate Avenue, San Francisco.

**However, if defendants appear and wish to testify, Mr. Brown will <u>not</u> be permitted to cross-examine them by telephone.**

Dated: April 9, 2010

_____
HON. BERNARD ZIMMERMAN
UNITED STATES MAGISTRATE JUDGE

**Counsel shall contact CourtCall, telephonic court appearances at 1-888-882-6878, and make arrangements for the telephonic conference call.**

Bohm, Matsen, Kegel & Aguilera, LLP
695 Town Center Drive, Suite 700
Costa Mesa, CA 92626
(714) 384-6500

1