1  BOHM, MATSEN, KEGEL & AGUILERA, LLP
   A. Eric Aguillera (State Bar No. 192390)
2  Raymond E. Brown (State Bar No. 164819)
3  695 Town Center Drive, Suite 700
   Costa Mesa, California 92626
4  Telephone: (714) 384-6500
5  Facsimile: (714) 384-6501
   Email: eaguilera@bmkalaw.com
6

7  Attorneys for plaintiff

8

9                    UNITED STATES DISTRICT COURT

10                NORTHERN DISTRICT OF CALIFORNIA

11

12  THE    TRAVELERS    INDEMNITY ) Case No. C09-05012
    COMPANY OF CONNECTICUT, a )
13  Connecticut corporation,           ) **APPLICATION FOR**
14                                     ) **CONTINUANCE OF CASE**
                    Plaintiff,          ) **MANAGEMENT CONFERENCE**
15         v.                          )
16                                     )
17  DAVID CHU and LEANNA TRAN dba ) **Currently Scheduled CMC**
    U.S. HOME CENTER, INC.; U.S. ) Time:          4 p.m.
18  HOME CENTER II, INC., a California ) Date:      April 26, 2010
19  Corporation;        MOUWAT ) Courtroom:      G
    CONSTRUCTION, INC., a California )
20  Corporation; and DOES 1 through 10, )
21  inclusive,                         )
                                       )
22                                     )
                    Defendants.        )
23  _____ )

24

25         Plaintiff THE TRAVELERS INDEMNITY COMPANY OF CONNECTICUT

26  respectfully requests that this Court issue an order continuing the Case Management

27  Conference currently set for 4 p.m. on April 26, 2010, in Courtroom G of the above-

28  entitled court located at 450 Golden Gate Avenue in San Francisco, California.

Bohm, Matsen, Kegel &
Aguilera, LLP
695 Town Center Drive, Suite 700
Costa Mesa, CA 92626
(714) 384-6500

                                    1

1      TRAVELERS' request is based on the following facts:

2      Although TRAVELERS served all defendants, none have filed an appearance.
3 TRAVELERS has therefore taken the default of all defendants and filed a Motion for
4 Default Judgment against defendants CHU and TRAN; MOUWAT
5 CONSTRUCTION; U.S. HOME CENTER II, INC., set to be heard in the above-
6 referenced Court at 10 a.m. on May 5, 2010.

7      In light of the foregoing and the lack of any appearance by any other party to
8 this action, TRAVELERS has been unable to meet and confer regarding initial
9 disclosures, early settlement, the ADR selection process or a discovery plan.
10 TRAVELERS further is not able to file a joint stipulation re ADR or a joint case
11 management statement.

12      TRAVELERS therefore respectfully requests that this Court continue the case
13 management conference for 60 days to allow for the hearing on TRAVELERS'
14 Motion for Default Judgment.

15

16 Dated: April 9, 2010

Respectfully Submitted,
BOHM, MATSEN, KEGEL & AGUILERA, LLP

19 Raymond E. Brown,
20 Attorneys for plaintiff
THE TRAVELERS INDEMNITY COMPANY OF
21 CONNECTICUT

22

23

24

25

26

27

28

Bohm, Matsen, Kegel &
Aguilera, LLP
695 Town Center Drive, Suite 700
Costa Mesa, CA 92626
(714) 384-6500

2

Application for Continuance of Case Management Conference

**[~~PROPOSED~~] ORDER**

IT IS HEREBY ORDERED that the Case Management Conference presently set for 4 p.m. on April 26, 2010, in Courtroom G of the United States District Court – Northern District of California, located at 450 Golden Gate Avenue, San Francisco, be continued to _17_ day of _May_, 2010.

Dated: _9 Apr_, 2010

HON. BERNARD ZIMMERMAN
UNITED STATES MAGISTRATE JUDGE

Bohm, Matsen, Kegel &
Aguilera, LLP
695 Town Center Drive, Suite 700
Costa Mesa, CA 92626
(714) 384-6500

1

[PROPOSED] ORDER GRANTING APPLICATION TO CONTINUE CASE MANAGEMENT CONFERENCE