UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE TRAVELERS INDEMNITY COMPANY OF CONNECTICUT, a Connecticut Corp., <br><br> Plaintiff(s), <br><br> v. <br><br> DAVID CHU, et al., <br><br> Defendant(s). | No. C09-5012 BZ <br><br> **ORDER SCHEDULING HEARING ON PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT** |

TO ALL PARTIES AND COUNSEL OF RECORD:

**IT IS HEREBY ORDERED** that pursuant to the Court's discretion under Rule 55(b)(2) of the Federal Civil Rules of Civil Procedure, a hearing on plaintiff's motion for default judgment is set for **WEDNESDAY, MAY 5, 2010, at 10:00 a.m.** in Courtroom G, 15th Floor, Federal Building, San Francisco, California, 94102.

Claims for attorneys' fees should be supported by billing records. Compliance with 50 App. U.S.C. § 501 et seq. of the Servicemembers' Civil Relief Act may not be satisfied on information and belief. See 50 App. U.S.C. § 521(b)(1);

1

United States v. Simmons, 508 F.Supp. 552 (E.D. Tenn. 1980)(interpreting 50 App. U.S.C. § 520(1), predecessor to 50 App. U.S.C. § 521(b)(1)). The public website https://www.dmdc.osd.mil/scra/owa/home will provide the current active military status of an individual and has instructions on obtaining certificates of service or non-service under the Servicemembers' Civil Relief Act. Plaintiff also bears the burden of providing admissible evidence that individual defendants are not infants or incompetent persons. See Rule 55(b)(2).

Defendants should attend the hearing if they contest the validity of plaintiff's claim. Seven days before the hearing, on **WEDNESDAY, APRIL 28, 2010**, plaintiff shall file a declaration setting forth in detail all steps taken to serve defendants with notice of this hearing.

Dated:   April 12, 2010

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\TRAVELERS V. CHU, et al\SCHED ORD.wpd