UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE TRAVELERS INDEMNITY COMPANY OF CONNECTICUT, a Connecticut Corp., <br><br> Plaintiff(s), <br><br> v. <br><br> DAVID CHU, et al., <br><br> Defendant(s). | No. C09-5012 BZ <br><br> **REASSIGNMENT ORDER** |

In view of the Report and Recommendation dated **May 14, 2010**, the clerk shall **REASSIGN** the above-captioned case immediately.

Dated: May 14, 2010

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\TRAVELERS V. CHU, et al\TRAVELERS REASSIGNMENT ORDER.wpd

1