IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE TRAVELERS INDEMNITY COMPANY OF CONNECTICUT, a Connecticut Corporation,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>DAVID CHU, LEANNA TRAN, MOUWAT CONSTRUCTION, INC., U.S. HOME CENTER II, INC.<br><br>　　　　Defendants.<br>　　　　　　　　　　　　　　　　　　／ | No. C 09-05012 WHA<br><br>**ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION** |

The Court is in receipt of the report and recommendation on plaintiff's motion for default judgment in this matter by Magistrate Judge Zimmerman. This order adopts the findings therein. Plaintiff is ordered to submit a proposed judgment in accordance with the report within ten calender days.

**IT IS SO ORDERED.**

Dated: June 14, 2010.

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE